# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-0558

———————————————

TIMOTHY FLOYD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

April 8, 2026

PER CURIAM.

AFFIRMED. *See Hugger v. State*, 51 Fla. L. Weekly D169, D169, --- So. 3d ---, 2026 WL 215872 (Fla. 1st DCA Jan. 28, 2026) ("[A]ny error in not submitting the PRR determination to a jury was harmless beyond a reasonable doubt."); *McGlaun v. State*, 420 So. 3d 634, 636 (Fla. 1st DCA 2025) ("Since any error here is harmless, Appellant's HFO sentence is affirmed."); *Flowers v. State*, 424 So. 3d 1062, 1063 (Fla. 1st DCA 2025) (affirming PRR sentence); *Jett v. State*, 426 So. 3d 596, 597 (Fla. 1st DCA 2025).

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.